Amanda Qualls G047892
Name and Prisoner/Booking Number

Estrella detention facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   LODGED ___
RECEIVED ___  COPY ___
OCT 2 3 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Amanda Dawn Qualls,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone et al,
(Full Name of Defendant)

(2) Maricopa County Sheriff Office,

(3) Estrella Jail,

(4) CHS Medical Services,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02194-PHX-SPL--MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Estrella detention facility
3.   Phoenix AZ 85009

## B. DEFENDANTS

1. Name of first Defendant: **Paul Penzone**. The first Defendant is employed as: **Maricopa County Sheriff** at **Estrella Detention facility**
   (Position and Title) (Institution)

2. Name of second Defendant: **MCSO**. The second Defendant is employed as: **Detention Center** at **Phoenix AZ**
   (Position and Title) (Institution)

3. Name of third Defendant: **Estrella Jail**. The third Defendant is employed as: **Detention Center** at **Estrella Jail**
   (Position and Title) (Institution)

4. Name of fourth Defendant: **CHS Medical Servues**. The fourth Defendant is employed as: **Correctional health facility** at **Phoenix AZ Estrella Jail**
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8th Amendment</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Visable infestation & colonization of toxic Black mold in showers, sinks, Drinking water faucets, toilets & ventalation systems in addition to Moldy oranges and bread given daily to inmates/prisoners. Toxic Mold passes spores which are carried in air currents these spores are toxic once inhaled, ingested or touched. Poisoning is then endured the facility does not have the appropriate level of health care available to test & diagnose Black mold poisoning.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Emotional & Physical & Mental injury as well as long term effects to health

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff failed to knowledge Black Mold as as a serious concern

## COUNT II

1. State the constitutional or other federal civil right that was violated: __1997 g, Title 42__
   __Priorities for use of funds__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. __MCSO & Appropriate authorities have not made correct use of funds, as according to 1997a, to fix such unconstitutional or illegal conditions which exist.__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Having to continue living in unconstitutional conditions.__

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   2. Did you submit a request for administrative relief on Count II? [ ] Yes [x] No
   3. Did you appeal your request for relief on Count II to the highest level? [ ] Yes [x] No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Staff retaliation against serious concerns.__

## COUNT III

1. State the constitutional or other federal civil right that was violated: 1997 1., Title 42 Respecting standards of Care

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail         ☐ Access to the court    ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property     ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Standards of care are not up to the correct standards due to being sick because of the black mold due to extended exposure in Estrella Jail detention Center

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   long term Health Injury due to to the Mold Poisoning

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☒ No
   3. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to Retaliation to inmates

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking:
Relief Being Sought for injuries done due to the Plaintiff while being housed in Estrella Detention facility in complete violation of plaintiff's 8th & 14 Amendment rights along with complete negligence & long term effects. Seeking $75,000.00 in Monitary Damages per Count.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-14-23
         DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date     **October 17, 2023**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____     **B5954**
Legal Support Specialist Signature      S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009