# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Dawn Qualls, | **NO. CV-23-02194-PHX-SPL (MTM)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Paul Penzone, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 4, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 19, 2024

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　　By　Deputy Clerk